1  DANIEL BRODERICK, Bar No. 89424
   Federal Defender
2  LISSA J. GARDNER, New Mexico Bar No. 9429
   Assistant Federal Defender
3  HILARY SHEARD, Texas Bar No. 50511187
   Assistant Federal Defender
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-6666
   Facsimile: (916) 498-6656
6
   Attorneys for Petitioner
7  DANNY RAY HORNING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RAY HORNING, | NO. 2:10-CV-01932-JAM-GGH |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | |
| VINCENT CULLEN, Acting Warden, San Quentin State Prison, | **STIPULATION FOR AN ORDER TO SHORTEN TIME FOR HEARING ON PETITIONER'S MOTION FOR EQUITABLE TOLLING; FOR RESPONDENT TO FILE RESPONSE, AND WAIVING PETITIONER'S REPLY** |
| Respondent. | |
| | Hearing Date: Thursday, March 17, 2011 |
| | Hearing Time: 10:00 a.m. |
| | Location: Courtroom 9, U.S. District Court, 501 I Street, Sacramento, California 95814 |

Lissa J. Gardner and Hilary Sheard, counsel for petitioner, DANNY RAY HORNING, and Deputy Attorney General Robert Gezi, counsel for Respondent, stipulate to the Court issuing an order shortening time for the hearing on Petitioner's Motion to Equitably Toll the Time by Which to File Petitioner's Petition for Writ of Habeas Corpus.

Respondent's agreement is conditioned on having a written response due on March 10,

- 1 -

2011, and the hearing on the motion no earlier than March 17, 2011.  Petitioner will make any reply orally at the hearing.

Dated:  February 16, 2011

Respectfully submitted,

| | |
|---|---|
| DANIEL J. BRODERICK<br>Federal Defender | KAMALA D. HARRIS<br>Attorney General of the State of California |
| /s/ Lissa J. Gardner<br>LISSA J. GARDNER<br>Assistant Federal Defender | /s/ Robert Gezi   (approved 02/16/2011)<br>ROBERT GEZI<br>Deputy Attorney General |
| HILARY SHEARD<br>Assistant Federal Defender | Attorneys for Respondent |
| Attorneys for Petitioner<br>DANNY RAY HORNING | |

ORDER

Good cause appearing, and there being no opposition, it is hereby ordered that, pursuant to Eastern District Local Rule 6-144(e), the time for hearing Petitioner's Motion to Equitably Toll the Time by Which to File Petitioner's Petition for Writ of Habeas Corpus is hereby shortened.

Respondent shall serve and file any response to the motion no later than 5:00 p.m., Thursday, March 3, 2011.

This Court will hear Petitioner's motion on Thursday, March 17, 2011, at 10:00 a.m.  It is so ordered.

Dated: February 23, 2011                    /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE

- 2 -