DANIEL BRODERICK, Bar No. 89424
Federal Defender
LISSA J. GARDNER, New Mexico Bar No. 9429
Assistant Federal Defender
HILARY SHEARD, Texas Bar No. 50511187
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-6666
Facsimile:  (916) 498-6656

Attorneys for Petitioner
DANNY RAY HORNING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RAY HORNING,<br><br>         Petitioner,<br><br>    vs.<br><br>VINCENT CULLEN, Acting Warden,<br>San Quentin State Prison,<br><br>         Respondent. | NO.  2:10-CV-01932-JAM-GGH<br><br>**DEATH PENALTY CASE**<br><br>ORDER GRANTING REQUEST TO FILE EX PARTE AND TO SEAL DOCUMENTS |

GOOD CAUSE APPEARING, the following document and exhibits shall be permitted to be filed *ex parte* (not served on any party) and maintained under seal until further order of this Court:

Declaration of Lissa Gardner, dated March 7, 2011, in Support of Petitioner's Supplement to Motion to Equitably Toll the Time by Which to File Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

DATED:   March 9, 2011                  /s/Gregory G. Hollows
                                        HON. GREGORY G. HOLLOWS
                                        United States Magistrate Judge