DANIEL BRODERICK, Bar No. 89424
Federal Defender
LISSA J. GARDNER, New Mexico Bar No. 9429
Assistant Federal Defender
HILARY SHEARD, Texas Bar No. 50511187
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-6666
Facsimile:  (916) 498-6656
e-mail:  Lissa_Gardner@fd.org
e-mail:  Hilary_Sheard@fd.org

Attorneys for Danny Ray Horning

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RAY HORNING,<br><br>   Petitioner,<br><br>vs.<br><br>MICHAEL MARTEL, Warden,<br>San Quentin State Prison,<br><br>   Respondent. | NO.  2:10-cv-01932-JAM-GGH<br><br>**DEATH PENALTY CASE**<br><br>**ORDER GRANTING LODGEMENT OF STATE HABEAS CORPUS PETITION AND EXHIBITS** |

Good cause appearing, Petitioner's Motion to Lodge Petition and Exhibits in support of Petitioner's State Habeas Corpus Petition is GRANTED.

Dated: July 12, 2011.

   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

horn1932.ord