```
DANIEL BRODERICK, Bar No. 89424
Federal Defender
LISSA J. GARDNER, New Mexico Bar No. 9429
Assistant Federal Defender
HILARY SHEARD, Texas Bar No. 50511187
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-6666
Facsimile:  (916) 498-6656
e-mail:  Lissa_Gardner@fd.org
e-mail:  Hilary_Sheard@fd.org

Attorneys for Danny Ray Horning
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RAY HORNING,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>MICHAEL MARTEL, Warden,<br>San Quentin State Prison,<br><br>　　　　Respondent. | NO.  2:10-cv-01932-JAM-GGH<br><br>**DEATH PENALTY CASE**<br><br>**[PROPOSED] ORDER GRANTING LODGEMENT OF SEALED CLAIM AND EXHIBITS IN SUPPORT OF PETITIONER'S STATE HABEAS CORPUS PETITION** |

　　　Good cause appearing *at present*, Petitioner's Motion to Lodge Sealed Claim and Exhibits in Support of Petitioner's State Habeas Corpus Petition is GRANTED.

　　　　　The court is ordering these lodgments sealed only because the federal case may be stayed for further proceedings in state court, and on the representation of counsel that *some* of the documents to be sealed are confidential by law.  However, this order to seal will expire when any further reference to the materials is made in federal court after a decision to stay for state exhaustion, or not stay, has been made; after such time individual sealing determinations will have to be made.  This order also has no effect on what may need to be the subject of a state court sealing order on exhaustion.

/////

/////

/////

Dated: July 12, 2011

             /s/ Gregory G. Hollows
            UNITED STATES MAGISTRATE JUDGE

horn1932.ord2