IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNY RAY HORNING,**<br><br>                          Petitioner,<br><br>    v.<br><br>**VINCENT CULLEN, Acting Warden,<br>California State Prison at San Quentin,**<br><br>                          Respondent. | Case No. 2:10-cv-1932 JAM GGH DP<br><br>**CAPITAL CASE**<br><br>**ORDER** |

GOOD CAUSE APPEARING, Respondent's request for a continuance of the hearing for motion to stay proceedings to September 15, 2011 is hereby GRANTED

Dated: July 18, 2011                /s/ Gregory G. Hollows
                                                           _____
                                                           The Honorable Gregory G. Hollows