1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANNY RAY HORNING,

11         Petitioner,                   No. CIV S-10-1932 JAM GGH

12      vs.                              **DEATH PENALTY CASE**

13   MICHAEL MARTEL,

14         Respondent.                   <u>ORDER</u>

15   _____/

16         On November 28, 2011, the magistrate judge filed findings and recommendations

17   herein which were served on all parties and which contained notice to all parties that any

18   objections to the findings and recommendations were to be filed within twenty days.  Neither

19   party has filed objections to the findings and recommendations.

20         The court has reviewed the file and finds the findings and recommendations to be

21   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

22   ORDERED that:

23         1.  The findings and recommendations filed November 28, 2011, are adopted in

24   full; and

25   \\\\\

26   \\\\\

1

1           2.  Petitioner's motion to stay this federal proceeding pending exhaustion of new

2  claims in state court (docket #29) is granted.

3  DATED:   January 18, 2012

4

5                        /s/ John A. Mendez
                             UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26