1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DANNY RAY HORNING,                    No.  2:10-CV-1932-JAM-DMC

12                 Petitioner,             **DEATH PENALTY CASE**

13         v.                              <u>ORDER</u>

14   RON BROOMFIELD[1],

15                 Respondent.

16

17         Petitioner, a state prisoner proceeding with appointed counsel, brings this petition

18   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

19         A review of the docket reflects that the matter was stayed on January 19, 2012, to

20   allow Petitioner to exhaust new claims in state court.  <u>See</u> ECF No. 41.  The stay was lifted

21   temporarily on October 5, 2012, to allow amendment of the operative petition pending in this

22   Court to add Claim 10G.  <u>See</u> ECF No. 50.  The Court deemed the petition amended upon

23   issuance of the October 5, 2012, order and the stay was reimposed and is currently in place.  <u>See</u>

24   <u>id.</u>  Petitioner shall file a report on the status of state court exhaustion proceedings within 30 days

25   / / /

26   / / /

27   _____

     [1]      Pursuant to Federal Rule of Civil Procedure 25(d), Ron Broomfield is substituted
28   for his predecessor.  The Clerk of the Court is directed to update the docket to reflect the above
     caption.

1    of the date of this order.

2              IT IS SO ORDERED.

3

4    Dated:  August 26, 2021

5                                                    _____
                                                     DENNIS M. COTA
6                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28