HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
LISSA J. GARDNER, New Mexico Bar No. 9429
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:     (916) 498-6666
Facsimile:      (916) 498-6656
E-mail: Lissa_Gardner@fd.org

Attorneys for Petitioner
DANNY RAY HORNING

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RAY HORNING,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>RON BROOMFIELD, Warden of the California State Prison at San Quentin,<br><br>　　　　　　Respondent. | Case No. 2:10-CV-01932-DAD-SCR<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO TEMPORARILY LIFT STAY OF PROCEEDINGS TO SUBSTITUTE RESPONDENT |

　　　　Petitioner is a condemned state prisoner proceeding through counsel with a petition for a writ of habeas corpus. Before the court is petitioner's motion to temporarily lift the stay of these proceedings. Petitioner's counsel seeks to lift the stay for the purpose of substituting James S. Hill, the Warden of the Richard J. Donovan Correctional Facility (RJD), as respondent in place of Ron Broomfield, the Warden of San Quentin State Prison. Petitioner's counsel states that petitioner was transferred to RJD.

　　　　Petitioner's counsel represents that respondent's counsel does not oppose the present motion, nor does he oppose the motion to substitute the respondent.

////

////

Good cause appearing, IT IS HEREBY ORDERED that

1. Petitioner's motion to temporarily lift the stay of these proceedings (ECF No. 86) is granted;

2. The stay of these proceedings is temporarily lifted for the purpose of substituting respondent; and

3. James S. Hill, Warden at Richard J. Donovan Correctional Facility is substituted as respondent for Ron Broomfield, Warden at San Quentin State Prison. 28 U.S.C. §2242; Fed. R. Civ. P. 25; Rule 2(a), Rules Governing Section 2254 Cases.

DATED: August 19, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE